TENTATIVE RULING

ISSUED BY JUDGE MARGARET M. MANN

Debtor: ENRIQUE & LIDIANA FABELA

Number: 18-00838-MM13

Hearing: 10:00 AM Tuesday, June 19, 2018

Motion: OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN FILED BY LOANDEPOT.COM, LLC (fr. 5/22/18)

Due to job loss this case is no longer feasible. The case will be dismissed if not converted to a Chapter 7 case within 14 days of the date of this hearing. Guideline fees are awarded to the extent of available funds and appearances are excused at this hearing.